IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02002-BNB

PAULA RHOADES HOOK, Disabled Claimant,

    Plaintiff,

v.

U.S. HOME/LENNAR CORPORATION,
OLD REPUBLIC INSURANCE CO./IAP/A.G.,
DR. ROBERT E. KLEIN MAN,
MIKE BERRY,
PETE HAVELKA,
RHONDA MOSELY, and
OTHER JOHN DOES,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Paula Rhoades Hook, attempted to initiate this action by submitting *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and two documents titled "Appeal and Motion to Certify the Record." As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court determined that the documents were deficient. Therefore, in an order filed on September 17, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Hook to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

    The September 17, 2008, order pointed out that Ms. Hook failed to submit a complaint on the proper, Court-approved form. The order warned Ms. Hook that if she

failed to cure the designated deficiency within thirty days, the action would be dismissed without prejudice and without further notice. Ms. Hook has failed within the time allowed to cure the deficiency listed in the September 17 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 29 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02002-BNB

Paula Rhoads Hook
14901 Randolph Place
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk